UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER UCEDA,<br><br>     Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>     Respondents. | Case No.: 2:22-cv-00687-APG-EJY<br><br>**Order Granting Extension of Time to Respond to Petition to November 14, 2022**<br>**(ECF No. 10)** |

Respondents move for an extension of time to respond to Alexander Uceda's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 10.) Good cause appearing,

I ORDER that respondents' second motion for extension of time to file a response to the petition (ECF No. 10) is GRANTED. **The deadline to file the response to the habeas corpus petition is extended to November 14, 2022.**

Dated: September 30, 2022

_____
U.S. District Judge Andrew P. Gordon