**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDER UCEDA,<br><br>　　Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　Respondents. | Case No.: 2:22-cv-00687-APG-EJY<br><br>**Order Granting Extension of Time to Respond to Petition to December 29, 2022**<br><br>**(ECF No. 13)** |

　　Respondents move for an extension of time to respond to Alexander Uceda's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 13.) Good cause appearing,

　　I ORDER that respondents' third motion for extension of time to file a response to the petition (ECF No. 13) is GRANTED *nunc pro tunc*. **The deadline to file the response to the habeas corpus petition is extended to December 29, 2022.**

Dated: November 15, 2022

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Andrew P. Gordon