UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER UCEDA,<br><br>　　　　Petitioner<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　Respondents. | Case No.: 2:22-cv-00687-APG-EJY<br><br>**Order Granting Motion to Voluntarily Dismiss Petition without Prejudice**<br><br>[ECF No. 33] |

　　In his *pro se* 28 U.S.C. § 2254 habeas corpus petition Alexander Uceda challenges his conviction of several charges including robbery with use of a deadly weapon and discharging a firearm at or into a structure. ECF No. 1. He argues his trial counsel was ineffective in many ways, such as for failing to obtain written statements from victims and failing to move for a new trial. In September 2023, I granted the respondents' motion to dismiss the petition in part, dismissing one ground as noncognizable and concluding that another ground was partially unexhausted. ECF No. 31. I directed Uceda to choose one of the following options:

　　　1.　Submit a sworn declaration voluntarily abandoning the unexhausted claim in his federal habeas petition, and proceed only on the exhausted claims;

　　　2.　Return to state court to exhaust his unexhausted claim, in which case his federal habeas petition will be denied without prejudice; or

　　　3.　File a motion asking this court to stay and abey his exhausted federal habeas claims while he returns to state court to exhaust his unexhausted claim.

　　I specifically advised Uceda to familiarize himself with the limitations periods for filing federal habeas petitions contained in 28 U.S.C. § 2244(d), because those limitations periods may have a direct and substantial effect on whatever choice he makes regarding his petition.

On October 31, 2023, Uceda filed a motion to voluntarily dismiss the petition without prejudice so that he may return to state court to exhaust his unexhausted claim. ECF No. 33. He included a sworn declaration in support of the motion. I grant his motion and dismiss the petition without prejudice.

I THEREFORE ORDER that the petitioner's motion to voluntarily dismiss petition **[ECF No. 33] is granted. The petition is dismissed without prejudice.**

I FURTHER ORDER that the Clerk of Court enter judgment accordingly and close this case.

Dated: November 2, 2023

_____
U.S. District Judge Andrew P. Gordon